UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BONNIE CARR,

    Plaintiff,

v.                                    CASE NO.: 8:12-cv-2238-T-23AEP

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

On February 3, 2014, Magistrate Judge Anthony E. Porcelli issued a report (Doc. 22) that finds that the ALJ's decision in this social security appeal comports with the applicable legal standards and enjoys substantial evidentiary support. Bonnie Carr lodges no objection.

Thorough and well-reasoned, the report and recommendation (Doc. 22) is **ADOPTED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

The clerk will (1) enter judgment in favor of the Commissioner of Social Security, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on February 20, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE